UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| INTEGRITAS GROUP, LLC | §   CASE NO. 23-32193 |
| | §   CHAPTER 7 |
|     Debtor | § |
| | § |

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

**To all Parties in Interest:**

Please take notice that the mailing address for Debtor, Integritas Group, LLC, has changed.   The new mailing address is:

Integritas Group, LLC
18603 Jaya Loch Ct
Spring, TX 77379

Please update your records to reflect the new address.

Dated: June 12, 2023

*/s/ Randy W. Williams*
Randy W. Williams
Texas Bar No. 21566850
Byman & Associates, PLLC
7924 Broadway, Suite 104
Pearland, TX 77581
(281) 884-9262
rww@bymanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Change of Address for Creditor has been sent by electronic mail or by first class U.S. Mail, postage prepaid on the 12th day of June, 2023.

*/s/ Randy W. Williams*
Randy W. Williams